UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CURTIS RICE,

            Plaintiff,

-v-

STELLAR SERVICES, INC.,

            Defendant.

CIVIL ACTION NO. 25 Civ. 5158 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision and settlement. (ECF No. 9). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant Stellar Services, Inc. ("Defendant") to respond to the Complaint (ECF No. 1) was July 21, 2025. (ECF No. 7). To date, Defendant has not responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendant to respond to the Complaint up to and including **August 4, 2025**.

Defendant is warned that failure to answer, move, or otherwise respond to the Complaint by **August 4, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:      New York, New York
              July 24, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**